AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Black Dell Laptop Computer, Model PP01L, Service Tag Number 6CMLT11, Seagate 40 GB Laptop Notebook Internal Hard Drive Serial Number 1642961-001, Simpletech Remote USB Digital Storage Device, Serial Number SOCFJ10L230025., 74 Unlabeled CD/DVD Disks
located at 555 4th Street, N.W.
Washington, D.C. 20350.

**SEARCH WARRANT**

CASE NUMBER: 08 - 139 - M - 01

TO: __John Marsh__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Investigator John Marsh__ who has reason to believe that
(name, description and or location)

within the United States Attorney's Office located at 555 4th Street, N.W.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

computers and data storage devices more particularly described in the affidavit attached hereto.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____MAR 07 2008_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 27 2008   9:51 AM
_____     at Washington, D.C.
Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE                 _____
Name and Title of Judicial Officer       Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2-27-2008 | DATE AND TIME WARRANT EXECUTED<br>2-28-08 → 3-6-08 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>With Property |

INVENTORY MADE IN THE PRESENCE OF   John Marsh

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Images of computer hard drives
Images of CD/DVDs

END

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

x John Marsh

FILED
MAR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____
U.S Judge or U.S. Magistrate Judge

03/10/08
Date